TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00562-CR

Khampong Vongprachanh, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-98-0057-S, HONORABLE DICK ALCALA, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
Appellant's motion for extension of time to file brief is dismissed. The appeal is dismissed.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Appellant's Motion

Filed: February 19, 1999

Do Not Publish